UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:08-CIV-61048-DIMITROULEAS

HOLLYWOOD MOBILE ESTATES
LIMITED, a Michigan Limited Partnership,

    Plaintiffs,                                              Magistrate Judge Rosenbaum

v.

SEMINOLE TRIBE OF FLORIDA and UNITED
STATES DEPARTMENT OF THE INTERIOR,
DIRK KEMPTHORNE, in his official capacity as
SECRETARY OF THE INTERIOR,

    Defendants.
_____/

## ORDER DENYING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AS MOOT

THIS CAUSE having come before the Court upon the Defendant, Seminole Tribe of Florida's Motion to Dismiss for Lack of Subject Matter Jurisdiction [DE 24] filed herein on July 24, 2008. The Court has carefully reviewed the motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [DE 24] is hereby **DENIED as moot**, as Seminole Tribe of Florida was voluntarily dismissed as a Defendant in this case in an Order dated August 20, 2008.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of August, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of recored