UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61048-CIV-DIMITROULEAS

HOLLYWOOD MOBILE ESTATES
LIMITED, a Michigan Limited
Partnership,

                                                                        Magistrate Judge Rosenbaum

        Plaintiff,

vs.

SEMINOLE TRIBE OF FLORIDA and UNITED
STATES DEPARTMENT OF THE INTERIOR,
DIRK KEMPTHORNE, in his official capacity as
SECRETARY OF THE INTERIOR,

        Defendants.

_____/

### FINAL ORDER DISMISSING DEFENDANT SEMINOLE TRIBE OF FLORIDA AS A PARTY TO THIS CASE

THIS CAUSE is before the Court upon the Plaintiff, Hollywood Mobile Estates Limited's

Notice of Dropping Party and Voluntary Dismissal of Claims Against Seminole Tribe of Florida [DE

32]. The Court will construe this as the Plaintiff's Notice of Voluntary Dismissal Without Prejudice

with respect to Defendant Seminole Tribe of Florida. The Court has carefully reviewed the Notice,

notes that the Defendant has yet to Answer the Complaint or file a Motion for Summary Judgment,

and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Plaintiff's Notice of Voluntary Dismissal Without Prejudice with respect to

Defendant Seminole Tribe of Florida [DE 32] is hereby **APPROVED**;

2. All claims against Defendant Seminole Tribe of Florida are hereby **DISMISSED**

without prejudice;

3. Defendant Seminole Tribe of Florida is hereby **DISMISSED**, as a party in the above-styled action;

4. This case shall continue with respect to all remaining defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of August, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record