UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61048-CIV-DIMITROULEAS

HOLLYWOOD MOBILE ESTATES
LIMITED, a Michigan Limited Partnership,

        Plaintiff,                         Magistrate Judge Rosenbaum

v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, and DIRK KEMPTHORNE, in
his official capacity as SECRETARY OF THE
INTERIOR,
        Defendants..
_____/

## ORDER GRANTING LASALLE BANK MIDWEST NATIONAL ASSOCIATION'S MOTION FOR LEAVE TO INTERVENE IN LITIGATION

THIS CAUSE is before the Court upon LaSalle Bank Midwest National Association's Motion for Leave to Intervene in Litigation [DE 37], filed herein on September 24, 2008. The Court has carefully considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

A party may intervene as of right when the party files a timely motion claiming "an interest relating to the property or transaction that is the subject of the action," and the party "is so situated disposing of the action may as a practical matter impair or impede the movant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties." Fed. R. Civ. P. 24(a)(2). According to LaSalle Bank Midwest National Association ("LaSalle Bank"), it has acquired the interest in a loan made to Plaintiff Hollywood Mobile Estates Limited, which the Plaintiff used to purchase an existing mobile home park on the

1

premises that are the subject of the dispute in this case.  The mobile home park serves as collateral for the loan.  LaSalle Bank claims a direct, substantial and legally protectible interest in the property at issue, that its ability to protect its interest may be affected by the litigation, and that the existing parties do not adequately represent its interests.

Accordingly, it is **ORDERED AND ADJUDGED** that LaSalle Bank Midwest National Association's Motion for Leave to Intervene in Litigation [DE 37] is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 24th day of September, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Bruce S. Rogow, Esq.
Cynthia E. Hollifield, Esq.
John M. Mullin, Esq.
Michael P. Hamaway, Esq.
Joseph M. Goldstein, Esq.
Marilynn K. Lindsey, AUSA